IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY WAYNE STUCKEY,

    Petitioner,           No. CIV S-09-0584 LKK GGH P

    vs.

WARDEN OF SOLEDAD,

    Respondent.        ORDER

_____/

Petitioner has requested an extension of time to file a response to the court's April 7, 2009 order to show cause and to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's April 17, 2009 request for an extension of time (Docket # 10) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file a response to the court's April 7, 2009 order to show cause and to file an application to proceed in forma pauperis.

DATED: April 23, 2009

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:md; stuc0584.111